FILED

12 DEC -7 PM 3:30

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN,<br><br>                  Petitioner,<br><br>v.<br><br>MATTHEW CATE, Warden,<br><br>                  Respondent. | Civil No.    12-2791 WQH (PCL)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  He has also filed a request to proceed in forma pauperis which reflects a $13.18 balance in his prison trust account.  The filing fee associated with this type of action is $5.00.  See 28 U.S.C. § 1914(a).

It appears Petitioner can pay the requisite filing fee.  Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice; Petitioner may submit a copy of this order along with the requisite fee **no later than January 25, 2013**, to have the case reopened.

**IT IS SO ORDERED.**

DATED:  12/7/12

_____
William Q. Hayes
United States District Judge

CC:    ALL PARTIES

U:\Everyone\_EFILE-PRO$E\WQH\12cv2791-IFPDeny-Dismiss.wpd, 12312

-1-